UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| WALTER KELLY DAVIS, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | No. 5:14-CV-525-D |
| | ) | |
| WELLS FARGO BANK, | ) | |
| | ) | |
| Appellee. | ) | |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the request for a continuance is DENIED and the appeal is DISMISSED for failure to prosecute.

**This Judgment Filed and Entered on April 13, 2015, and Copies To:**

| | |
|---|---|
| Walter Kelly Davis | (Via US Mail to PO Box 20581, Raleigh, NC, 27601) |
| John D. Burns | (Via CM/ECF electronic notification) |
| Michael Brandon Burnett | (Via CM/ECF electronic notification) |
| Kacy Lynn Hunt | (Via CM/ECF electronic notification) |
| Brian Charles Behr | (Via CM/ECF electronic notification) |

| | |
|---|---|
| DATE | JULIE RICHARDS JOHNSTON, CLERK |
| April 13, 2015 | /s/ Courtney O'Brien |
| | (By) Courtney O'Brien, Deputy Clerk |